*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★                    ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00776-CV

## IN THE MATTER OF C.C.

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2008JV300062-L1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: January 27, 2010

DISMISSED FOR LACK OF JURISDICTION

C.C. appeals the trial court's adjudication and disposition orders signed October 14, 2009. Because C.C. did not file a timely motion that would have extended the appellate timetable, his notice of appeal was due November 13, 2009, or a motion for extension of time to file the notice of appeal was due fifteen days later. *See* Tex. R. App. P. 26.1, 26.3. The notice of appeal in the clerk's record indicates it was filed in the trial court on November 16, 2009. The notice of appeal contains a certification that the notice was served on the office of the County Attorney on November 9, 2009; however, nothing in the record indicates the date or manner in which the notice was filed with the trial court clerk. C.C. did not file a motion for extension of time to file the notice of appeal.

A notice of appeal timely placed in the mail in accordance with Rule 9.2(b) of the Texas Rules of Appellate Procedure may appear to be filed late. *See, e.g., Molina v. Kelco Tool & Die, Inc.*, 904 S.W.2d 857, 860 (Tex. App.—Houston [1st Dist.] 1995, writ denied). And when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time, a motion for extension of time is necessarily implied. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (1997). In that case, the appellant must offer a reasonable explanation for failing to file the notice of appeal timely. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989).

Because we will not "dismiss an appeal for a procedural defect whenever any arguable interpretation of the Rules of Appellate Procedure would preserve the appeal," *Verburgt*, 959 S.W.2d at 616, we ordered appellant to file, by December 28, 2009, a response establishing that the notice of appeal was timely filed by mail or offering a reasonable explanation for failing to timely file the notice of appeal. We advised appellant that if he failed to satisfactorily respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

C.C. has not filed a response to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM